Robert Kaske and John Kaske, a Minor, By His Parent and Next Friend, Robert Kaske, Plaintiffs-Appellants, v. School District No. 112, Winnebago County, Illinois, and Chester Lloyd Bloom, Defendants-Appellees.

Gen. No. 65–144. (Abstract of Decision.)

Second District.

December 13, 1966.

Rehearing denied February 9, 1967.

and Simmons, of Rockford, for appellants; Raphael E. Yalden and Thomas A. Keegan, both of Rockford, and Isador I. Katz, of Rock Island, for appellees. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.